United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-18301-mdc
Eric J. Suarez                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine          Page 1 of 2          Date Rcvd: Jan 06, 2017
                             Form ID: pdf900        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
db          +Eric J. Suarez,   107 Meadow Court,   Glen Mills, PA 19342-8127
cr          +Deutsche Bank National Trust Company Americas,   c/o: Nationstar Mortgage, LLC,
             P.O. Box 619096,   Dallas, TX 75261-9096
cr          +JPMorgan Chase Bank, N.A.,   201 N Central Ave, Fl 11,   Phoenix, AZ 85004-1071
cr         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE, LLC.,   PO Box 630267,   Irving, TX  75063)
cr          +Springhill Farm Condominium Association,   c/o Scott F. Waterman, Esquire,
             110 W. Front Street,   Media, PA 19063-3208
13406091    +Allied Interstate Llc,   7525 W Campus Rd,   New Albany, OH 43054-1121
13406093    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13501997    +Deutsche Bank National Trust Co.,   c/o: Nationstar Mortgage LLC,   P.O. Box 619096,
             Dallas, TX 75261-9096
13406099     PENCO Management, Inc.,   PO Box 66967,   Phoenix, AZ 85082-6967
13406100    +Scott Waterman, Esquire,   110 W. Front Street,   Media, PA 19063-3208
13406101    +Springhill Farm Condo Assn,   PO Box 1119,   Chadds Ford, PA 19317-0658
13423190    +Springhill Farm Condominium Assoc.,   c/o Scott F. Waterman, Esquire,   110 W. Front Street,
             Media, PA 19063-3208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jan 07 2017 01:36:38   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 07 2017 01:36:23   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Jan 07 2017 01:35:22   Ditech Financial LLC,
             PO Box 0049,   Palatine, IL 60055-0001
13413164    +E-mail/Text: ebn@squaretwofinancial.com Jan 07 2017 01:36:21   CACH, LLC,
             4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
13406092    +E-mail/Text: ebn@squaretwofinancial.com Jan 07 2017 01:36:21   Cach Llc/Square Two Financial,
             Attention: Bankruptcy,   4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3485
13406094    +E-mail/Text: bk.notifications@jpmchase.com Jan 07 2017 01:35:23   Chase auto,
             Attn: National Bankruptcy Dept,   Po Box 29505,   Phoenix, AZ 85038-9505
13406097     E-mail/Text: cio.bncmail@irs.gov Jan 07 2017 01:35:20   Department of the Treasury,
             Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
13488102    +E-mail/Text: bncmail@w-legal.com Jan 07 2017 01:36:13   Deutsche Bank National Trust Co.,
             C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13416145     E-mail/Text: mrdiscen@discover.com Jan 07 2017 01:35:17   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13406095    +E-mail/Text: mrdiscen@discover.com Jan 07 2017 01:35:17   Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
13406096     E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2017 01:38:59   Green Tree Servicing L,
             332 Minnesota St Ste 610,   Saint Paul, MN 55101
13492821     E-mail/Text: bankruptcy.bnc@ditech.com Jan 07 2017 01:35:22   Green Tree Servicing LLC,
             PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13492822    +E-mail/Text: bankruptcy.bnc@ditech.com Jan 07 2017 01:35:22   Green Tree Servicing LLC,
             PO BOX 0049,   Palatine, IL 60055-0049,   Telephone 60055-0049
13463922     E-mail/Text: bk.notifications@jpmchase.com Jan 07 2017 01:35:23   JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
13424823     E-mail/Text: RVSVCBICNOTICEl@state.pa.us Jan 07 2017 01:35:42
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
                                                                                   TOTAL: 15

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
13406098*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
             Lewisville, TX 75067)
                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Denine             Page 2 of 2          Date Rcvd: Jan 06, 2017
                             Form ID: pdf900           Total Noticed: 27
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
          DANIEL BRETT SULLIVAN   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. BNCmail@w-legal.com,
          DanS@w-legal.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS
          TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
          SERIES 2006-QO9 bkgroup@kmllawgroup.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Eric J. Suarez msbankruptcy@verizon.net
          SCOTT F. WATERMAN   on behalf of Creditor   Springhill Farm Condominium Association
          scottfwaterman@gmail.com,  scottfwaterman@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   JPMorgan Chase Bank, N.A.
          mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                          TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC J. SUAREZ                                    Chapter 13


                        Debtor              Bankruptcy No. 14-18301-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___5th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.



_Magdeline D. Coleman_
_____
                    Magdeline D. Coleman
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
ERIC J. SUAREZ

107 MEADOW COURT

GLEN MILLS, PA 19342